JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
JOSE E. CARMONA, ESQ.
Nevada Bar No. 14494
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
jcarmona@pyattsilvestri.com

Attorneys for Plaintiff,
*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>PEDRO LOPEZ-VILLASENOR; RICHARD A. HARVEY; TREITON MAYBEE; DOES I through X; ROES I through X;<br><br>Defendants. | CASE NO.: 2:23-CV-01192-JCM-DJA |

**STIPULATION AND ORDER TO WITHDRAW ECF FILING NO. 13**

COME NOW, Plaintiff ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY ("Plaintiff"), by and through its attorneys, JAMES P. C. SILVESTRI, ESQ. and JOSE E. CARMONA, ESQ., of the law firm PYATT SILVESTRI, Defendant TREITON MAYBEE ("Defendant Maybee"), by and through his attorney, KIMBALL JONES, ESQ., of the law firm BIGHORN LAW, and Defendant RICHARD A. HARVEY ("Defendant Harvey"), by and through his attorneys JOSEPH F. SCHMITT, ESQ. and RANDOLPH L. WESTBROOK, III, ESQ. of the law firm LERNER & ROWE INJURY ATTORNEYS, and hereby STIPUALTES and AGREE as follows:

1

1    WHEREAS, the Parties AGREE that Plaintiff moved this Honorable Court to default
2 Richard Harvey on October 30, 2023.
3    WHEREAS, the Parties AGREE that Richard Harvey appeared in the case on November 2,
4 2023.
5    The Parties STIPULATE AND AGREE that Plaintiff's Request for Entry of Default [ECF
6 Filing No. 13] of Defendant Harvey is hereby WITHDRAWN.

7  DATED this _____ day of January, 2024.          DATED this _____ day of January, 2024.

8  PYATT SILVESTRI                                  BIGHORN LAW
9  /s/ *Jose E. Carmona*                           /s/ *Kimball Jones*
   JOSE E. CARMONA, ESQ.                            KIMBALL JONES, ESQ.
10 Nevada Bar No. 14494                             Nevada Bar No.: 12982
   701 Bridger Ave., Suite 600                      3675 W. Cheyenne Ave., Suite 100
11 Las Vegas, NV 89101                              North Las Vegas, Nevada 89032
   Attorneys for Plaintiff                          Attorneys for Defendant Maybee
12

13  DATED this _____ day of January, 2024

14 LERNER & ROWE INJURY ATTORNEYS
   /s/ *Joseph Schmitt*
15 JOSEPH F. SCHMITT, ESQ.,
   Nevada Bar No. 9681
16 4795 South Durango Drive
   Las Vegas, Nevada 89147
17 Attorneys for Defendant Harvey

18

19                                   **ORDER**

20    **IT IS SO ORDERED.**

21

22

23                                              _____
                                                U.S. DISTRICT JUDGE
24

25                        DATED:    January 12, 2024

26

27

28

2

# Jose Carmona

| | |
|---|---|
| **From:** | Joseph F. Schmitt <jschmitt@lernerandrowe.com> |
| **Sent:** | Tuesday, January 9, 2024 10:06 AM |
| **To:** | Jose Carmona; Amy Cvetovich; Kimball Jones, Esq. |
| **Cc:** | Alejandra Ojeda; Randolph L. Westbrook |
| **Subject:** | RE: [External] RE: Allstate v. Lopez, et al. - Depo of Maria Lopez |

Caution! This message was sent from outside your organization.    Allow sender | Block sender

We approve, and you may affix my electronic signature on both documents.

Regards,

Joe

**Joseph F. Schmitt**   |   Attorney at Law
**LERNER & ROWE INJURY ATTORNEYS**
4795 S. Durango Dr. Las Vegas, NV 89147 | Main: 702-877-1500 | Fax: 702-941-5138
jschmitt@lernerandrowe.com



 Please consider the environment before printing this e-mail.
**CONFIDENTIALITY NOTE:** The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

---

**From:** Jose Carmona <jcarmona@pyattsilvestri.com>
**Sent:** Tuesday, January 9, 2024 9:36 AM
**To:** Amy Cvetovich <amy@bighornlaw.com>; Kimball Jones, Esq. <kimball@bighornlaw.com>
**Cc:** Alejandra Ojeda <aojeda@lernerandrowe.com>; Joseph F. Schmitt <jschmitt@lernerandrowe.com>; Randolph L. Westbrook <rwestbrook@lernerandrowe.com>
**Subject:** RE: [External] RE: Allstate v. Lopez, et al. - Depo of Maria Lopez

Good morning!

It has not.  I am still waiting for confirmation from Joe's office that we may affix their electronic signature.

Thanks,

Jose E. Carmona, Esq.



701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Telephone: (702) 383-6000

1

Facsimile: (702) 477-0088
jcarmona@pyattsilvestri.com
www.pyattsilvestri.com

---

**From:** Amy Cvetovich <amy@bighornlaw.com>
**Sent:** Tuesday, January 9, 2024 9:34 AM
**To:** Kimball Jones, Esq. <kimball@bighornlaw.com>
**Cc:** Jose Carmona <jcarmona@pyattsilvestri.com>; Alejandra Ojeda <aojeda@lernerandrowe.com>; Joseph F. Schmitt <jschmitt@lernerandrowe.com>; Randolph L. Westbrook <rwestbrook@lernerandrowe.com>
**Subject:** Re: [External] RE: Allstate v. Lopez, et al. - Depo of Maria Lopez

Good Morning,

Just checking in to make sure this has been submitted. I don't think I have seen a notice of filing on this. Please advise.




**Amy Cvetovich**
Litigation Manager
Tel:    702-333-1111 Ext. 161
Email: amy@bighornlaw.com
Web:  bighornlaw.com

   

This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Bighorn Law, and is not to be considered legal advice.

On Fri, Jan 5, 2024 at 1:11 PM Kimball Jones, Esq. < kimball@bighornlaw.com> wrote:

> Approved. You may you e-sign for me on both.
>
> 
>
> **Kimball Jones, Esq.**
> Partner | Attorney
> Tel:     (702) 333-1111
> Fax:    (702) 507-0092
> Email: kimball@bighornlaw.com
> Web:  bighornlaw.com
>
> This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your

# Jose Carmona

| | |
|---|---|
| **From:** | Kimball Jones, Esq. <kimball@bighornlaw.com> |
| **Sent:** | Friday, January 5, 2024 1:11 PM |
| **To:** | Jose Carmona |
| **Cc:** | Alejandra Ojeda; Amy Cvetovich; Joseph F. Schmitt; Randolph L. Westbrook |
| **Subject:** | Re: [External] RE: Allstate v. Lopez, et al. - Depo of Maria Lopez |

Caution! This message was sent from outside your organization.  Allow sender | Block sender

Approved. You may you e-sign for me on both.




**Kimball Jones, Esq.**
Partner | Attorney

Tel:    (702) 333-1111
Fax:    (702) 507-0092
Email:  kimball@bighornlaw.com
Web:    bighornlaw.com






This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Bighorn Law, and is not to be considered legal advice.

On Fri, Jan 5, 2024 at 2:39 PM Jose Carmona < jcarmona@pyattsilvestri.com> wrote:

> All,
>
> Please see attached for the proposed SAOs in this matter.  In order to make sure that they are accepted, I separated them.  Further, as for the SAO to extend discovery, I had to concede that the deadline to amend the pleadings has passed.  Otherwise, it would have changed the standard of review of the stipulation and order.  Because we made our original request on December 5, 2023, this should be able to relate back for all other deadlines.
>
> Thanks,