```
1  KIMBALL JONES, ESQ.
   Nevada Bar No.: 12982
2  RYAN A. LOOSVELT, ESQ.
   Nevada Bar No.: 8550
3  BIGHORN LAW
   3675 W. Cheyenne Ave., Suite 100
4  North Las Vegas, Nevada 89032
5  Phone: (702) 333-1111
   Email: kimball@bighornlaw.com
6  Email: ryan.loosvelt@bighornlaw.com
   Attorneys for Defendant
7  Treiton Maybee
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO LOPEZ-VILLASENOR; RICHARD A. HARVEY; TREITON MAYBEE; DOES I through X; ROES I through X;<br><br>Defendants. | CASE NO.:   2:23-CV-01192-JCM-DJA<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY AND DISASSOCATION OF COUNSEL** |

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the handling attorney on behalf of DEFENDANT TREITON MAYBEE, in the above-captioned matter is RYAN A. LOOSVELT, ESQ. of BIGHORN LAW.  Please direct all communications, pleadings, discovery, filings, and inquiries for this matter to RYAN A. LOOSVELT, ESQ. as follows:

**RYAN A. LOOSVELT, ESQ.**
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: ryan.loosvelt@bighornlaw.com

Please remove THOMAS N. BECKOM, ESQ. from your service list.

DATED this  14th  day of March, 2024.

                        **BIGHORN LAW**

                        By: /s/ Kimball Jones  
                        KIMBALL JONES, ESQ.  
                        Nevada Bar No. 12982  
                        RYAN A. LOOSVELT, ESQ.  
                        Nevada Bar No.: 8550  
                        3675 W. Cheyenne Ave., Suite 100  
                        North Las Vegas, Nevada 89032  
                        *Attorneys for Defendant*  
                        *Treiton Maybee*

**IT IS SO ORDERED**.

DATED: 3/15/2024

_____  
DANIEL J. ALBREGTS  
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of **BIGHORN LAW**, and that on this  14th  day of March, 2024, I caused to be served a true and correct copy of the foregoing *NOTICE OF CHANGE OF HANDLING ATTORNEY AND DISASSOCATION OF COUNSEL* as follows:

☒ Electronic Service – By serving a copy thereof through the Court's electronic service system (PACER) to all registered parties; and/or

☐ U.S. Mail – By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below:

| | |
|---|---|
| James P.C. Silvestri, Esq. | Christopher Beckstrom, Esq. |
| Jose E. Carmona, Esq. | Daniel Price, Esq. |
| Ali R. Iqbal, Esq. | PRICE & BECKSTROM |
| PYATT SILVESTRI | 1404 S. Jones Blvd. |
| 701 Bridger Ave., Suite 600 | Las Vegas, NV 89146 |
| Las Vegas, NV 89101 | chris@pbnv.law |
| jcarmona@pyattsilvestri.com | daniel@pbnv.law |
| *Attorneys for Plaintiff Allstate Fire and Casualty Insurance Company* | *Attorneys for Maria Lopez and Pedro Lopez-Villasenor* |

Joseph F. Schmitt, Esq.
Randolph L. Westbrook, III, Esq.
LERNER & ROWE INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
jschmitt@lernerandrowe.com
rwestbrook@lernerandrowe.com
*Attorneys for Defendant Richard A. Harvey*

                                        */s/ Amy Cvetovich*
                                        An employee of **BIGHORN LAW**