Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Defendant Pedro Lopez-Villasenor*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO LOPEZ-VILLASENOR; RICHARD A. HARVEY; TREITON MAYBEE; DOES I through X; ROES I through X;<br><br>Defendants. | Case No.: 2:23-cv-01192-JCM-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF NO. 67]** |

COMES NOW Defendant PEDRO LOPEZ-VILLASENOR, by and through counsel of record of the law firm of PRICE & BECKSTROM, Plaintiff ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, by and through counsel of record of the law firm of PYATT SILVESTRI, Defendant TREITON MAYBEE, by and through counsel of record of the law firm of BIGHORN LAW, and Defendant RICHARD HARVEY, by and through counsel of record of the law firm of LERNER & ROWE INJURY ATTORNEYS, and hereby stipulate and agree to extend the date for Defendant Pedro Lopez-Villasenor to file his reply in support of his Motion for Summary Judgment [ECF NO. 67]. His reply is currently due on Thursday July 17, 2025, and the parties have provided the professional courtesy to Defendant's counsel to extend this deadline <u>such that the reply will be due on or before Monday, July 21, 2025</u>.

IT IS SO STIPULATED this 17th day of July, 2025, by:

__/s/ Christopher Beckstrom_____
Christopher Beckstrom, Esq.
Nevada Bar No. 14031
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, NV 89146
*Attorney for Defendant Pedro Lopez-Villasenor*

_/s/ Jose Carmona (with approval)_____
Jose E. Carmona, Esq.
Nevada Bar No. 14494
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
*Attorney for Plaintiff Allstate Fire and Casualty Insurance Company*

_/s/ Joseph Schmitt (with approval)_____
Joseph Schmitt, Esq.
Nevada Bar No. 9681
LERNER & ROWE INJURY ATTORNEYS
4795 S. Durango Dr.
Las Vegas, NV 89147
*Attorney for Defendant Richard Harvey*

_/s/ Ryan Loosvelt (with approval)_____
Kimball Jones, Esq.
Nevada Bar No. 12982
Ryan A. Loosvelt, Esq.
Nevada Bar No. 8550
BIGHORN LAW
3675 W. Cheyenne Ave. Suite 100
North Las Vegas, NV 89032
*Attorneys for Defendant Treiton Maybee*

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** July 18, 2025