JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
JOSE E. CARMONA, ESQ.
Nevada Bar No. 14494
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
jcarmona@pyattsilvestri.com

Attorneys for Plaintiff,
*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO LOPEZ-VILLASENOR; RICHARD A. HARVEY; TREITON MAYBEE; DOES I through X; ROES I through X;<br><br>Defendants. | CASE NO.: 2:23-CV-01192-JCM-DJA |

### STIPULATION AND ORDER TO TEMPORARILY LIFT STAY TO ORDER THE DISMISSAL OF TREITON MAYBEE, WITH PREJUDICE

COME NOW, Plaintiff ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY ("Plaintiff"), by and through its attorneys, JAMES P. C. SILVESTRI, ESQ. and JOSE E. CARMONA, ESQ., of the law firm PYATT SILVESTRI, Defendant TREITON MAYBEE ("Defendant Maybee"), by and through his attorney, KIMBALL JONES, ESQ., of the law firm BIGHORN LAW, Defendant RICHARD A. HARVEY ("Defendant Harvey"), by and through his attorneys JOSEPH F. SCHMITT, ESQ. and RANDOLPH L. WESTBROOK, III, ESQ. of the law firm LERNER & ROWE INJURY ATTORNEYS, AND

1

1  Defendant PEDRO LOPEZ-VILLASENOR, by and through his attorney, CHRISTOPHER
2  BECKSTROM of the law firm PRICE & BECKSTROM, and hereby STIPUALTE and
3  AGREE as follows:
4      **WHEREAS**, the Court stayed this matter, indefinitely, on August 28, 2025 [ECF No.
5  79].
6      **WHEREAS**, subsequently thereto, a settlement agreement was reached resolving all
7  of Defendant Maybee's claims asserted against Defendant Pedro Lopez-Villasenor, Maria
8  Lopez, and Plaintiff arising from the March 2023 automobile accident and ensuing
9  insurance claim that is the subject of the operative complaint in this matter.
10     **WHEREAS**, the parties agree pursuant to the settlement agreement to dismiss
11 Maybee from all pending litigation. The personal injury claims of Richard A. Harvey have
12 not settled as of the time of the instant stipulation.
13     **IT IS THEREFORE STIPULATED AND AGREED** that the stay in this action be
14 temporarily lifted for the sole purpose of dismissing Defendant Maybee from this matter,
15 with prejudice, each party to bear its own fees and costs.
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**IT IS FURTHER STIPULATED AND AGREED** that subsequent to Maybee's dismissal, the above-captioned case be STAYED indefinitely pursuant to this Court's August 28, 2025, Order until such time as either party demonstrates that circumstances have changed sufficiently that *Brillhart* abstention is no longer appropriate, and the case should proceed.

| | |
|---|---|
| Dated this 17th of December, 2025. | Dated this 19th day of December, 2025. |
| PYATT SILVESTRI | BIGHORN LAW |
| /s/ *Jose E. Carmona* | /s/ *Ryan Loosvelt* |
| JOSE E. CARMONA, ESQ. | RYAN A. LOOSVELT, ESQ. |
| Nevada Bar No. 14494 | Nevada Bar No. 08550 |
| 7670 West Lake Mead Blvd., Suite 250 | 3675 W. Cheyenne Ave., Suite 100 |
| Las Vegas, NV 89128 | North Las Vegas, Nevada 89032 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| *Allstate Fire and Casualty Insurance Company* | *Treiton Maybee* |
| Dated this 19th day of December, 2025. | Dated this 5th day of January, 2026 |
| PRICE & BECKSTROM | LERNER & ROWE INJURY ATTORNEYS |
| /s/ *Christopher Beckstrom* | /s/ *Randolph Westbrook* |
| CHRISTOPHER BECKSTROM, ESQ. | RANDOLPH L. WESTBROOK, III, ESQ. |
| Nevada Bar No. 14031 | Nevada Bar No. 12893 |
| 1404 S. Jones Blvd. | 4795 South Durango Drive |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89147 |
| Attorneys for Defendant, | Attorneys for Defendant, |
| *Pedro Lopez-Villasenor* | *Richard A. Harvey* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: January 9, 2026

3